UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA WORKERS' COMPENSATION CORPORATION | CIVIL ACTION |
| VERSUS | NUMBER 06-799-SCR |
| THE HARTFORD AND/OR THE HARTFORD INSURANCE COMPANY | |

**JUDGMENT**

Judgment is hereby rendered in favor of defendant Hartford Life Insurance Company and against plaintiff Louisiana Workers' Compensation Corporation dismissing the plaintiff's claims, with prejudice.

Costs allowed under 28 U.S.C. § 1920 shall be taxed by the clerk of court in favor of the defendant and against the plaintiff in accordance with the applicable provisions of Uniform Louisiana Local Rule 54.

Baton Rouge, Louisiana, April 15, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE